The judgment of the district court will be affirmed.

Harold S. HOBSON, Plaintiff-Appellee,

v.

Cyrus S. EATON, Defendant-Appellant.

No. 20883.

United States Court of Appeals, Sixth Circuit.

June 28, 1971.

James J. Schiller, Cleveland, Ohio, Marshman, Snyder & Seeley, Cleveland, Ohio, William F. Snyder, Cleveland, Ohio, on brief, for appellant.

Sidney D. L. Jackson, Jr., Cleveland, Ohio, Gary L. Bryenton, Richard R. Hollington, Jr., Baker, Hostetler & Patterson, Cleveland, Ohio, counsel of record, for appellee.

Before EDWARDS, CELEBREZZE and PECK, Circuit Judges.

ORDER.

This case coming on for consideration on the record on appeal and on the briefs and oral arguments of counsel, and it appearing that the substantial issues attempted to be raised on this appeal were resolved in a previous appeal (Hobson v. Eaton, 399 F.2d 781 (6th Cir. 1968), cert. denied, 394 U.S. 928, 89 S.Ct. 1189, 22 L.Ed.2d 459 (1969)), and the Court having concluded that such additional issues as are attempted to be raised are without merit,

It is ordered that the judgment of the District Court, 327 F.Supp. 74, be and it hereby is affirmed.

Francesco Paolo LA FRANCA, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 71-1289.

United States Court of Appeals, Third Circuit.

Submitted March 7, 1972.

Decided March 7, 1972.

Mario M. De Optatis, New York City, for petitioner.

Murray R. Stein, Administrative Regulation Section, Criminal Division, Dept. of Justice, Washington, D. C., for respondent.

Before BIGGS, VAN DUSEN and ALDISERT, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

The petition for review is entirely without merit and counsel for the petitioner should not have submitted it to this court. Accordingly, the petition will be dismissed as frivolous and copies of this opinion and of the order of dismissal shall be dispatched to the parties forthwith.